```
 1  TOTAL PAGES: 1
    RUSSELL W. REYNOLDS #138075
 2  COLEMAN & HOROWITT, LLP
    Attorneys at Law
 3  499 West Shaw, Suite 116
    Fresno, California 93704
 4  Telephone: (559) 248-4820
    Facsimile: (559) 248-4830
 5  E-Mail: rreynolds@ch-law.com
 6  Attorneys for James Edward Salven, Chapter 7 Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>LEONARD E. HUTCHINSON;<br>SONYA C. HUTCHINSON,<br><br>Debtors. | Case No. 17-12272-A-7<br>Chapter 7<br><br>DC No.: JCW-1<br><br>Date:    August 19, 2020<br>Time:    9:00 a.m.<br>Dept:    A<br>Ctrm:    11, Fifth Floor<br>Location:   2500 Tulare Street<br>                  Fresno, CA<br><br>Judge:   Honorable Jennifer E. Niemann |

**NOTICE OF NON-OPPOSITION OF JAMES E. SALVEN, CHAPTER 7 TRUSTEE TO M&T BANK AS ATTORNEY IN FACT FOR LAKEVIEW LOAN SERVICING, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

James E. Salven, Chapter 7 Trustee, does not oppose M&T Bank as Attorney in Fact for Lakeview Loan Servicing, LLC's motion for relief from stay consisting of real property commonly known as 41691 Road 96, Dinuba, California 93618.

Further, James E. Salven, Chapter 7 Trustee consents to an order granting the motion for relief from stay.

                                                  COLEMAN & HOROWITT, LLP

Dated: August 6, 2020                      By:   /s/ Russell W. Reynolds
                                                                 RUSSELL W. REYNOLDS
                                                                   Attorneys for James E. Salven, Chapter 7 Trustee